IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MALIK WALLACE                                                                PLAINTIFF

v.                           No. 4:20-cv-855-DPM-JTR

BRIGGS, Major, Pulaski County
Jail; PAXTON, Captain, Pulaski
County Jail; WILLIAMS, Kitchen
Supervisor, Pulaski County Jail;
and HOBBS, Captain, Pulaski
County Jail                                                                   DEFENDANTS

ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 8.* FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Wallace's claims against Williams are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 December 2020