IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MALIK WALLACE                                              PLAINTIFF

v.                      No. 4:20-cv-855-DPM

BRIGGS, Major, Pulaski County
Jail; PAXTON, Captain, Pulaski
County Jail; and HOBBS, Captain,
Pulaski County Jail                                        DEFENDANTS

ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 41*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 37*, granted. Wallace's remaining claims will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 January 2023