IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MALIK WALLACE                                                             PLAINTIFF

v.                              No. 4:20-cv-855-DPM

BRIGGS, Major, Pulaski County
Jail; PAXTON, Captain, Pulaski
County Jail; WILLIAMS, Kitchen
Supervisor, Pulaski County Jail;
and HOBBS, Captain, Pulaski
County Jail                                                               DEFENDANTS

## JUDGMENT

Wallace's claims against Williams are dismissed without prejudice. His claims against Briggs, Paxton, and Hobbs are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 January 2023